**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JENNY A. HUNT, f.k.a. JENNY A. RICCI ) | CASE NO. 3:18-cv-00501-LRH-WGC |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO EXTEND** |
| vs. ) | **DEADLINE FOR PLAINTIFF TO** |
| ) | **RESPOND TO MOTION TO DISMISS** |
| WASHOE COUNTY SCHOOL DISTRICT,) | **AND TO EXTEND DEADLINE FOR** |
| a political subdivision of the State ) | **SUBMISSION OF DISCOVERY PLAN** |
| of Nevada, ) | **AND SCHEDULING ORDER** |
| ) | **(First Request)** |
| Defendant. ) | |

TO THE UNITED STATES DISTRICT COURT:

Plaintiff Jenny A. Hunt ("Plaintiff" or "Hunt") and Defendant Washoe County School District ("Defendant" or the "District"), by and through their respective counsel, hereby submit the following Stipulation. The Plaintiff seeks a three-week extension to file her Opposition to the Defendant's Motion to Dismiss, and Plaintiff seeks a three-week extension of the deadline for submission of the discovery plan and scheduling order. This request is made in good faith to accommodate the schedule of Plaintiff's counsel and to account for the winter holidays, and it is not made for the purpose of delay, and will not result in any undue delay or prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, the Parties have agreed and stipulate that the deadline for the Plaintiff to respond to Defendant's Motion to Dismiss will be **January 9, 2019**, and the deadline for submission of the discovery plan and scheduling order will be **February 11, 2019**.

RESPECTFULLY SUBMITTED,

Dated: December 12, 2018     HOLLAND & HART LLP

By: /s/ Anthony L. Hall
Anthony L. Hall, Esq.
NV Bar No. 5977
AHall@hollandhart.com
Ricardo N. Cordova, Esq.
NV Bar No. 11942
RNCordova@hollandhart.com
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
(775) 327-3000
Attorney for Defendant

Dated: December 12, 2018     DYER LAWRENCE, LLP

By: /s/ Francis C. Flaherty
Francis Flaherty
FFlaherty@dyerlawrence.com
2805 Mountain Street
Carson City, Nevada 89703
(775) 885-1896
FAX: (775) 885-8728
Attorney for Plaintiff

**IT IS SO ORDERED**:

DATED this 14th day of December, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE