UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNY A. HUNT, f.k.a. JENNY A. RICCI,<br><br>Plaintiff,<br><br>v.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada,<br><br>Defendant. | CASE NO.: 3:18-cv-00501-LRH-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff Jenny A. Hunt ("Plaintiff" or "Hunt") and Defendant Washoe County School District ("Defendant" or the "District"), by and through their respective counsel, hereby submit the following Stipulation and [Proposed] Order to Extend Deadline for Defendant to File a Reply in support of Defendant's Motion to Dismiss [ECF No. 7]. The District seeks a three-week extension to submit its reply. This request is made in good faith to accommodate the schedule of defense counsel, and is not made for the purpose of delay, and will not result in any undue delay or

prejudice. Accordingly, the Parties have agreed and stipulate that the deadline for the District to submit a reply in support of its Motion to Dismiss will be on or before **February 6, 2019**.

RESPECTFULLY SUBMITTED,

| DATED this 15th day of January, 2019. | DATED this 15th day of January, 2019 |
|---|---|
| BY: /s/ Francis C. Flaherty<br>FRANCIS C. FLAHERTY, ESQ.<br>Nevada Bar No. 5303<br>FFlaherty@dyerlawrence.com<br>CASEY C. GILLHAM, ESQ.<br>Nevada Bar No. 11971<br>CGillham@dyerlawrence.com<br>Dyer Lawrence, LLP<br>2805 Mountain Street<br>Phone: (775) 885-1896<br>Fax: (775) 885-8728<br><br>*Attorneys for Plaintiff* | BY: /s/ Ricardo N. Cordova<br>ANTHONY L. HALL, ESQ.<br>Nevada Bar No. 5977<br>AHall@hollandhart.com<br>RICARDO N. CORDOVA, ESQ.<br>Nevada Bar No. 11942<br>RNCordova@hollandhart.com<br>HOLLAND & HART LLP<br>5441 Kietzke Lane, Second Floor<br>Reno, Nevada 89511<br>Telephone: (775) 327-3000<br>Fax: (775) 786-6179<br><br>*Attorneys for Defendant* |

**O R D E R**

**IT IS SO ORDERED:**

DATED this 16th day of January, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE