# EXHIBIT "1"

# EXHIBIT "1"

ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
RICARDO N. CORDOVA, ESQ.
Nevada Bar No. 11942
RCordova@SHJNevada.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088
*Attorneys for Defendant Washoe County School District*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNY A. HUNT, f.k.a. JENNY A. RICCI, | CASE NO.: 3:18-cv-00501-LRH-WGC |
| Plaintiff, | |
| v. | **NOTICE OF SUPPLEMENTAL AUTHORITY** |
| WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, | |
| Defendant. | |

Defendant Washoe County School District ("Defendant" or "the School District") submits this Notice of Supplemental Authority in support of its Motion to Dismiss ("Motion") [ECF No. 7] the Complaint filed by Plaintiff Jenny A. Hunt, formerly known as Jenny A. Ricci ("Plaintiff" or "Hunt"), and in support of its Opposition [ECF No. 18] to Hunt's Motion for Leave to Amend. Specifically, the School District hereby gives notice of NRS 388.1215, which provides that "'Administrator' means the principal, administrator or other person in charge of a school."

DATED this ___ day of May, 2019.

SIMONS HALL JOHNSTON PC

By: _____
Anthony L. Hall, Esq. (NV Bar No. 5977)
Ricardo N. Cordova, Esq. (NV Bar No. 11942)
SIMONS HALL JOHNSTON PC
*Attorneys for Washoe County School District*