# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JENNY A. HUNT, f.k.a. JENNY A. RICCI,

Plaintiff,

v.

WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada,

Defendant.

CASE NO.: 3:18-cv-00501-LRH-WGC

**STIPULATION FOR EXTENSION OF TIME TO IMPLEMENT SETTLEMENT (FIRST REQUEST)**

**AND ORDER THEREON**

Plaintiff Jenny A. Hunt, f.k.a. Jenny A. Ricci ("Plaintiff" or "Hunt") and Defendant Washoe County School District ("Defendant" or the "School District") (collectively, at times, the "Parties"), by and through their respective counsel, hereby stipulate, agree and request that the deadline set by United States Magistrate Judge Carla Baldwin Carry, in her Minute Order dated December 4, 2019, for the parties to file a stipulation dismissing this action with prejudice by no later than the close of business on Wednesday, December 11, 2019, be extended until the close of business on Wednesday, December 18, 2019.

1

The Parties participated in a second Early Neutral Evaluation Session before Magistrate Judge Carry on November 27, 2019 and reached an agreement resolving the case. The Parties have made substantial progress reducing the agreed upon resolution to a settlement agreement but require additional time to complete that process.

DATED this 11th day of December, 2019.

BY: __/S/ FRANCIS FLAHERTY__
FRANCIS C. FLAHERTY, ESQ.
Nevada Bar No. 5303
fflaherty@dyerlawrence.com
SILVIA U. VILLANUEVA, ESQ.
Nevada Bar No. 13608
svillanueva@dyerlawrence.com
Dyer Lawrence, LLP
2805 Mountain Street
Phone: (775) 885-1896
Fax: (775) 885-8728

*Attorneys for Plaintiff*

DATED this 11th day of December, 2019

BY: __/S/ RICARDO CORDOVA__
ANTHONY L. HALL, ESQ.
Nevada Bar No. 5977
AHall@SHJNevada.com
RICARDO N. CORDOVA, ESQ.
Nevada Bar No. 11942
RCordova@hollandhart.com
SIMONS HALL JOHNSTON PC
6490 S. McCarran Blvd., Ste. F-46
Reno, Nevada 89509
Telephone: (775) 785-0088

*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED, *nunc pro tunc*.

DATED this 12th day of December, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE