UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNY A. HUNT, f.k.a. JENNY A. RICCI,<br><br>Plaintiff,<br><br>v.<br><br>WASHOE COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada,<br><br>Defendant. | CASE NO.: 3:18-cv-00501-LRH-WGC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Jenny A. Hunt, f.k.a. Jenny A. Ricci ("Plaintiff" or "Hunt") and Defendant Washoe County School District ("Defendant" or the "School District"), by and through their respective counsel of record, hereby agree and stipulate that all claims that were or could have been asserted in this matter shall be dismissed with prejudice, with each party to bear their own attorney's fees and costs.

///

///

///

Page 1 of 2

| | |
|---|---|
| DATED this 17th day of December, 2019. | DATED this 17th day of December, 2019 |
| BY: /s/ Francis C. Flaherty<br>FRANCIS C. FLAHERTY, ESQ.<br>Nevada Bar No. 5303<br>FFlaherty@dyerlawrence.com<br>SILVIA U. VILLANUEVA, ESQ.<br>Nevada Bar No. 13608<br>SVillanueva@dyerlawrence.com<br>Dyer Lawrence, LLP<br>2805 Mountain Street<br>Phone: (775) 885-1896<br>Fax: (775) 885-8728 | BY: /s/ Ricardo N. Cordova<br>ANTHONY L. HALL, ESQ.<br>Nevada Bar No. 5977<br>AHall@SHJNevada.com<br>RICARDO N. CORDOVA, ESQ.<br>Nevada Bar No. 11942<br>RCordova@hollandhart.com<br>SIMONS HALL JOHNSTON PC<br>6490 S. McCarran Blvd., Ste. F-46<br>Reno, Nevada 89509<br>Telephone: (775) 785-0088 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**IT IS SO ORDERED.**

DATED this 23rd day of December, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE